IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODGER D. COLLONS, and CYNTHIA D. COLLONS,<br><br>            Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | 8:18CV511<br><br>ORDER |

Pending before the Court are the government's Motion to Strike (Filing No. 8) and Motion to Dismiss (Filing No. 9) and plaintiffs Rodger D. Collons and Cynthia D. Collons's (collectively, the "Collons") Motion to Amend Complaint (Filing No. 11) and Notice of Withdrawal of Complaint (Filing No. 13).

Taking the Notice of Withdrawal of Complaint first, the Collons move for dismissal of this case without prejudice. The government has not responded, and Court finds that motion should be granted under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the request for dismissal without prejudice in the Notice of Withdrawal of Complaint (Filing No. 13) is granted, and the Motion to Strike (Filing No. 8), Motion to Dismiss (Filing. No. 9), and Motion to Amend Complaint (Filing No. 11) are denied as moot.

IT IS SO ORDERED.

Dated this 28th day of January 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge